1  CRAIG J. ACKERMANN (Bar No. 229832)
     cja@laborgators.com
2  DEVIN COYLE (Bar No. 267194)
     devin@laborgators.com
3  
4  **ACKERMANN & TILAJEF, P.C.**
   1180 South Beverly Drive, Suite 610
5  Los Angeles, CA  90035
   Telephone: (310) 277-0614
6  Facsimile: (310) 277-0635
7  
8  MELISSA MEEKER HARNETT (Bar No. 164309)
     mharnett@wccelaw.com
9  JESSE B. LEVIN (Bar No. 268047)
     jlevin@wccelaw.com
10 **WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
11 5567 Reseda Boulevard, Suite 330
   Post Office Box 7033
12 Tarzana, California 91357-7033
   Telephone:  (818) 705-6800
13 Facsimile: (818) 996 – 8266
14 
15 Attorneys for Plaintiff Tamara Pryor
   *(Attorneys for Defendant are listed on next page)*
16 

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA PRYOR, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AEROTEK SCIENTIFIC, LLC<br><br>Defendant. | CASE NO. 2:10-CV-6575 MMM (AJWx)<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)**<br><br>Filed Concurrently With the Declaration of Craig Ackermann and [Proposed] Order<br><br>Judge:  Hon. Margaret M. Morrow<br><br>Complaint Filed: August 2, 2010 |

1  MICHAEL S. KUN (Bar No. 208684)
     mkun@ebglaw.com
2  AARON F. OLSEN (Bar No. 224947)
3    aolsen@ebglaw.com
4  **EPSTEIN BECKER & GREEN P.C.**
   1925 Century Park East, Suite 500
5  Los Angeles, California 90067-2506
6  Telephone: (310) 556-8861
7  Facsimile: (310) 553-2165

8  Attorneys for Defendant Aerotek Scientific, LLC

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION FOR VOLUNTARY DISMISSAL

**WHEREAS**, Plaintiff Tamara Pryor ("Plaintiff") filed a Class Action Complaint in Los Angeles County Superior Court on August 2, 2010, on behalf of herself and all others similarly situated, and Aerotek Inc. removed the action to this Court under the Class Action Fairness Act of 2005 on September 2, 2010;

**WHEREAS**, Plaintiff filed her First Amended Complaint on October 1, 2010, terminating Aerotek, Inc. as a defendant and adding Aerotek Scientific, LLC ("Defendant") in its place;

**WHEREAS**, Plaintiff filed her Second Amended Complaint on March 23, 2011;

**WHEREAS**, Plaintiff's operative Complaint alleges that Defendant failed to pay overtime wages due for pre-shift work (Cal. Labor Code §§ 510, 1194), failed to pay wages due for pre-shift work (Cal. Labor Code §§ 1194, 1194.2), failed to provide accurate itemized wage statements (Cal. Labor Code §§ 226, 226.3), failed to pay wages due upon termination (Cal. Labor Code §§ 201-203), and violated California's Unfair Competition Laws (Cal. Bus. & Prof. Code §§ 17200 *et seq.*) (the "Action");

**WHEREAS**, on November 15, 2011, this Court denied Plaintiff's Motion for Class Certification with leave to re-file an amended class certification motion if Plaintiff could address the Court's concerns;

**WHEREAS**, Rule 41(a) of the Federal Rules of Civil Procedure permits Plaintiff to voluntarily dismiss the Action without prejudice;

**WHEREAS**, Plaintiff and Defendant have resolved Plaintiff's individual claims on mutually acceptable terms;

**WHEREAS**, a dismissal of the Action, without prejudice, results in no prejudice to the putative class because there has been no notice sent to the putative class and a class has not been certified. Putative class members have, accordingly, not relied on this lawsuit and have suffered no prejudice as to any of their rights or remedies in this lawsuit;

**WHEREAS**, based on the above, Plaintiff does not believe that notice needs to be sent to the putative class, and requests dismissal without prejudice as to the class claims; and

**WHEREAS**, Plaintiff and Defendant shall bear their own costs and attorneys' fees in connection with the dismissal of the Action.

**IT IS THEREFORE STIPULATED AND AGREED** that: pursuant to Federal Rule of Civil Procedure 41(a), the Action is **DISMISSED WITHOUT PREJUDICE** as to the class claims and **WITH PREJUDICE** as to Plaintiff's individual claims, with Plaintiff and Defendant each to bear their own costs and attorneys' fees in conjunction with this dismissal.

Dated: December 6, 2011    ACKERMANN & TILAJEF, P.C.
                           WASSERMAN, COMDEN, CASSELMAN, ESENSTEN, L.L.P.

                           By:    _/S/ Craig Ackermann_____
                                  CRAIG J. ACKERMANN
                                  Attorney for Plaintiffs

Dated: December 6, 2011    EPSTEIN BECKER & GREEN, P.C.

                           By:    _/S/ Michael Kun_____
                                  MICHAEL S. KUN
                                  AARON F. OLSEN
                                  Attorney for Defendant