CRAIG J. ACKERMANN (Bar No. 229832)
 cja@laborgators.com
DEVIN COYLE (Bar No. 267194)
 devin@laborgators.com
**ACKERMANN & TILAJEF, P.C.**
1180 South Beverly Drive, Suite 610
Los Angeles, CA  90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

MELISSA MEEKER HARNETT (Bar No. 164309)
 mharnett@wccelaw.com
JESSE B. LEVIN (Bar No. 268047)
 jlevin@wccelaw.com
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone:  (818) 705-6800
Facsimile: (818) 996 – 8266

Attorneys for Plaintiff Tamara Pryor

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA PRYOR, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br> vs.<br><br>AEROTEK SCIENTIFIC, LLC<br><br>   Defendant. | CASE NO. 2:10-CV-6575 MMM (AJWx)<br><br>**DECLARATION OF CRAIG ACKERMANN IN SUPPORT OF JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)**<br><br>Judge:  Hon. Margaret M. Morrow<br><br>Complaint Filed: August 2, 2010 |

DECLARATION OF CRAIG ACKERMANN I.S.O. JOINT STIPULATION FOR VOLUNTARY DISMISSAL

# DECLARATION OF CRAIG ACKERMANN

I, Craig Ackermann, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am a partner with the law firm of Ackermann & Tilajef, P.C., co-counsel of record for Plaintiff Tamara Pryor ("Plaintiff") in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness in this case, I could and would testify competently to such facts under oath.

2. On August 2, 2010, Plaintiff filed a Class Action Complaint in Los Angeles County Superior Court, on behalf of herself and all others similarly situated. On September 2, 2010, Aerotek, Inc. removed the action to this Court under the Class Action Fairness Act of 2005.

3. Plaintiff filed her First Amended Complaint on October 1, 2010, terminating Aerotek, Inc. as a defendant and adding Aerotek Scientific, LLC ("Defendant") in its place;

4. Plaintiff filed her Second Amended Complaint on March 23, 2011;

5. Plaintiff's operative Complaint alleges that Defendant failed to pay overtime wages due for pre-shift work (Cal. Labor Code §§ 510, 1194), failed to pay wages due for pre-shift work (Cal. Labor Code §§ 1194, 1194.2), failed to provide accurate itemized wage statements (Cal. Labor Code §§ 226, 226.3), failed to pay wages due upon termination (Cal. Labor Code §§ 201-203), and violated California's Unfair Competition Laws (Cal. Bus. & Prof. Code §§ 17200 *et seq.*) (the "Action");

6. On November 15, 2011, this Court denied Plaintiff's Motion for Class Certification with leave to re-file an amended class certification motion if Plaintiff could address the Court's concerns;

7. Dismissal of the Action, without prejudice, results in no prejudice to the putative class because there has been no notice sent to the putative class and a class has not been certified. Putative class members have, accordingly, not relied on this lawsuit and have suffered no prejudice as to any of their rights or remedies in this lawsuit;

8. Plaintiff does not believe that notice needs to be sent to the putative class, and requests dismissal without prejudice as to the class claims.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed at Los Angeles, California on December 6, 2011.

_____
Craig J. Ackermann, Esq.